IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   5:24-CR- 357   (GTS) |
| v. | ) **Indictment** |
| **ALEX CALCANO-CARRASQUILLO, JUAN CORREA SR, JUAN CORREA JR, and ASHLEY CORREA,** | ) Violations:   21 U.S.C. § 846 [Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances] |
| **Defendants.** | ) 21 U.S.C. § 841(a)(1) [Distribution of Controlled Substances] |
| | ) 2 Counts and Forfeiture Allegation |
| | ) County of Offense:   Onondaga |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Aug 21 - 2024
John M. Domurad, Clerk

## THE GRAND JURY CHARGES:

### COUNT 1
**[Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances]**

From on or about May 4, 2024, through on or about July 19, 2024, in Onondaga County in the Northern District of New York, and elsewhere, the defendants,

**ALEX CALCANO-CARRASQUILLO, JUAN CORREA SR,**

**JUAN CORREA JR, and ASHLEY CORREA,**

conspired with each other and others to knowingly and intentionally distribute and possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

## COUNT 2
### [Distribution and Possession with the Intent to Distribute a Controlled Substance]

On or about July 27, 2023, in Onondaga County in the Northern District of New York, and elsewhere, the defendant,

### ALEX CALCANO-CARRASQUILLO,

knowingly and intentionally distributed and possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of offenses in violation of Title 21, United States Code, Sections 846 and 841, as set forth in Counts 1 and 2, the defendants, **ALEX CALCANO-CARRASQUILLO, JUAN CORREA SR, JUAN CORREA JR, and ASHLEY CORREA,** shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), any property constituting and derived from any proceeds obtained, directly and indirectly as a result of the offenses, and any property used, and intended to be used, in any manner and part, to commit, and to facilitate the commission of the offenses.

#### Substitute Assets

If any of the property described in the First or Second Forfeiture Allegations above, as a result of any act or omission of the defendant, either: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e)

has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

Dated:   August 21, 2024

A TRUE BILL, *NAME REDACTED*

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Geoffrey J. L. Brown
Assistant United States Attorney
Bar Roll No. 513495

3